UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

TANNIA QUINDE, on behalf of
herself and all others similarly situated,

                              Plaintiff,

                -against-

STOP N GO INC. d/b/a
ENCEBOLLADO GUAYACO
and VICTOR MEJIA individually,

                            Defendants.

-----------------------------------------------------------------------------X

Case No.: 7:23-cv-10596-KMK

**DEFAULT JUDGMENT**
**P̶R̶O̶P̶O̶S̶E̶D̶**

This action having been commenced on December 5, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Stop N Go Inc. d/b/a Encebollado Guayaco. Service was made through the New York Secretary of State on December 12, 2023 (dkt 009) and proof of service was filed on December 31, 2023. Service was also made individually on Victor Mejia through service on him at his place of business on December 16, 2023 (dkt 008). Document and proof of service was therefore filed on December 28, 2023 and Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants in the amount of (i) $6,433 in unpaid earned wages; (ii) $9,851.35 in unpaid overtime wage compensation; (iii) $6,263.40 in unpaid minimum wages; (iv) $1,789.20 in unpaid spread of hours; (v) $24,336.95 in liquidated damages; (vi) $5,000 in statutory damages for the wage statement claim under NYLL § 195 (3); (vii) $5,000 in statutory damages for the wage notice claim under NYLL § 195(1); $5,631 in attorney's fees and costs of this action, amounting to a total of $64,304.90, with interest at 9 % from December 5, 2023.

Dated: October 17 , 2024
        White Plains, New York

KENNETH M. KARAS U.S.D.J

This document was entered on the docket on